UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**KEVIN S. LACY**<br><br>Defendant. | Criminal Action No. 99cr230<br>(CKK) |

## ORDER

This case comes before the Court upon the receipt of a Report and Recommendation

dated September 2, 2009, from Magistrate Judge John M. Facciola. No objections to the

Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this _16th_ day of September, 2009,

**ORDERED** that the Report and Recommendation filed on September 2, 2009, in the

above-captioned case is **ADOPTED**. Accordingly, Defendant's supervised release shall be

permitted to expire without further action.

                                  _____
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge

Copies to:
Shawn Moore, AFPD
Angela George, AUSA
Magistrate Judge John M. Facciola